AO 467 (Rev. 01/09) Order Requiring a Defendant to Appear in the District Where Charges are Pending and Transferring Bail

# UNITED STATES DISTRICT COURT
## for the
District of  NEVADA

| | |
|---|---|
| United States of America | ) |
| v. | ) Case No.   2:15-mj-01169-VCF |
| RANDY CROWELL | ) |
|  | ) Charging District:   Southern District of New York |
| *Defendant* | ) Charging District's Case No.   15-cr-840 |

## ORDER REQUIRING A DEFENDANT TO APPEAR IN THE DISTRICT
## WHERE CHARGES ARE PENDING AND TRANSFERRING BAIL

After a hearing in this court, the defendant is released from custody and ordered to appear in the district court where the charges are pending to answer those charges. If the time to appear in that court has not yet been set, the defendant must appear when notified to do so. Otherwise, the time and place to appear in that court are:

| Place: | Thurgood Marshall Federal Courthouse<br>40 Foley Square<br>New York, New York | Courtroom No.: 619 |
|---|---|---|
| | | Date and Time:   12/22/2015 11:00 am |

The clerk is ordered to transfer any bail deposited in the registry of this court to the clerk of the court where the charges are pending.

Date:   Dec 8, 2015

_____
*Judge's signature*

CAM FERENBACH, U.S. MAGISTRATE JUDGE
*Printed name and title*

___FILED   ___RECEIVED
___ENTERED   ___SERVED ON
COUNSEL/PARTIES OF RECORD

DEC  - 8 2015

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY:_____DEPUTY